Order entered October 8 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The clerk's records have not been filed in these appeals. On March 21, 2012, we sent appellant's counsel a letter stating the Collin County Clerk had informed us appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, either proof of payment or that he was entitled to proceed without payment for the clerk's records. To date, appellant has not responded.

Accordingly, this Court **ORDERS** the trial court to make findings regarding why the clerk's records have not been filed in these appeals. The trial court shall determine the following:

- Whether appellant desires to pursue the appeals. If appellant does not desire to pursue the appeals, the trial court shall make finding to that effect.

- If appellant desires to pursue the appeals, the trial court shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the record. If appellant is indigent, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

- The trial court shall next determine whether appellant: (1) requested preparation of the clerk's records; (2) if not indigent, has paid for the clerk's records; and (3) the date by which the clerk's records will be filed.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeals to allow the trial court to comply with the order. The appeals will be reinstated thirty days from the date of this order or when the findings are received.

DAVID L. BRIDGES
JUSTICE